

# Memorandum

**To:** Honorable George A. O'Toole
Senior U.S. District Judge

**From:** Jessica Turkington

**Date:** August 16, 2019

**Re:** Chau, Tien V.
Docket No.: 1:17CR10069
<u>Restitution obligation and payment schedule</u>

---

On February 15, 2018, Mr. Chau pleaded guilty at a Rule 11 Hearing to Counts 1, 2-10, and 11 Conspiracy to Defraud the United States, Failure to Pay Over Employment Taxes, and Corrupt Endeavor to Obstruct and Impede the Due Administration of Internal Revenue Laws. On July 31, 2018, Mr. Chau appeared before Your Honor and was sentenced to 12 months and a day on each count 1-11 to be served concurrently. The Court ordered Mr. Chau to pay a $1,100 special assessment and restitution in the amount of $256,627. Mr. Chau has paid $50.00 towards the special assessment.

Mr. Chau commenced supervised release on July 19, 2019. Probation seeks to implement a repayment schedule of $240 or 10% of Mr. Chau's gross income per month.

It is respectfully requested that the Court indicate below its position on the proposed payment schedule.

Respectfully submitted by:
/s/Jessica Turkington
Jessica Turkington
U.S. Probation Officer

Reviewed/Approved by:
/s/ Basil Cronin
Basil Cronin
Supervising U.S. Probation Officer

---

[x] The monthly payment plan of $240 or 10% of gross income is approved, effective August 2019.

[ ] Other: _____

_____
Honorable George A. O'Toole
Senior U.S. District Judge

1